UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Brett McGruder  
    Cheryl Y McGruder  
         Debtor(s)

Case No. 14 B 31553

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/28/2014.

2) The plan was confirmed on 01/21/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/07/2015.

5) The case was Converted on 04/21/2015.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,135.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,135.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $939.60 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $45.40 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$985.00** |
| Attorney fees paid and disclosed by debtor: | $500.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Ais Services | Unsecured | 540.00 | NA | NA | 0.00 | 0.00 |
| Allied Collection Serv | Unsecured | 538.00 | NA | NA | 0.00 | 0.00 |
| Alpine Direct | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Aronson Furniture | Unsecured | 1,365.00 | NA | NA | 0.00 | 0.00 |
| Arrow Financial Services | Unsecured | 439.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 0.00 | 199.18 | 199.18 | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 1,840.00 | 1,566.80 | 1,566.80 | 0.00 | 0.00 |
| Big Sky Cash | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Brother Loan & Finance | Unsecured | 1,554.00 | 1,493.17 | 1,493.17 | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 902.00 | NA | NA | 0.00 | 0.00 |
| Cash NEt USA | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Cerastes | Unsecured | 650.00 | 650.00 | 650.00 | 0.00 | 0.00 |
| Chase | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 2,400.00 | 945.42 | 945.42 | 0.00 | 0.00 |
| CMG Group Inc | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Collection | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| Columbus Bank & Trust | Unsecured | 476.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 135.00 | 502.96 | 502.96 | 0.00 | 0.00 |
| Credit Management | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 1,205.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Co | Unsecured | 737.00 | NA | NA | 0.00 | 0.00 |
| Dr Leonards/Carol Wrig | Unsecured | 161.00 | NA | NA | 0.00 | 0.00 |
| Extra Cash Live | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| First American Cash Advance | Unsecured | 124.00 | 709.50 | 709.50 | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 336.00 | NA | NA | 0.00 | 0.00 |
| Galway Financial Services LLC | Unsecured | 1,649.00 | 365.00 | 365.00 | 0.00 | 0.00 |
| Greentree & Associates | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| Harris and Harris | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 0.00 | 829.95 | 829.95 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 451.00 | 1,942.48 | 1,942.48 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 2,510.88 | 2,510.88 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Kenwood Services LLC | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| Law offices of Charles McCarthy | Unsecured | 797.00 | NA | NA | 0.00 | 0.00 |
| Malcolm S. Gerald & Associates Inc. | Unsecured | 566.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 630.00 | NA | NA | 0.00 | 0.00 |
| Med Busi Bur | Unsecured | 1,825.00 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists, Inc. | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Midnight Velvet | Unsecured | 261.00 | 261.71 | 261.71 | 0.00 | 0.00 |
| Midwest Eye Center | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Millenium Credit Con | Unsecured | 373.00 | NA | NA | 0.00 | 0.00 |
| Miramedrg | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| Municollofam | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| Nco/inovision-medclr | Unsecured | 757.00 | NA | NA | 0.00 | 0.00 |
| Nco/inovision-medclr | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 1,200.00 | 1,055.90 | 1,055.90 | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 1,217.00 | NA | NA | 0.00 | 0.00 |
| Nuvell Credt | Unsecured | 6,182.00 | NA | NA | 0.00 | 0.00 |
| Partners Col | Unsecured | 1,288.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 2,000.00 | 781.99 | 781.99 | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 95.00 | 69.65 | 69.65 | 0.00 | 0.00 |
| Prestige Financial Services | Secured | 9,847.31 | 14,380.83 | 9,847.31 | 150.00 | 0.00 |
| Prestige Financial Svc | Unsecured | NA | 4,533.52 | 4,533.52 | 0.00 | 0.00 |
| Pronger Smith Medical Care | Unsecured | 393.00 | NA | NA | 0.00 | 0.00 |
| Rash/Curtis & Associat | Unsecured | 558.00 | NA | NA | 0.00 | 0.00 |
| Recovery One LLC | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 1,415.80 | 1,415.80 | 0.00 | 0.00 |
| Rgs Financial | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| SCS Inc | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Short Term Loan | Unsecured | 577.00 | NA | NA | 0.00 | 0.00 |
| Star Cash Processing | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Sunrise Credit Services | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| United Tranz Actions | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| United Tranz Actions | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| United Tranzactions | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| Uptown Cash | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| Village of Richton Park | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| Wood Law | Unsecured | 274.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|     Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|     Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|     Debt Secured by Vehicle | $9,847.31 | $150.00 | $0.00 |
|     All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$9,847.31** | **$150.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|     Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|     All Other Priority | $2,510.88 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,510.88** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$17,323.03** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $985.00 |
| Disbursements to Creditors | $150.00 |
| **TOTAL DISBURSEMENTS :** | **$1,135.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/29/2015         By: /s/ Marilyn O. Marshall
                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**